UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PAT GODIN, | ) | Docket No. 9-cv-77-JAW |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SCHOOL UNION 134, et al. | ) | |
| Defendants | ) | |

**PLAINTIFF'S CONSENT MOTION
TO DISMISS DEFENDANTS NICELY, SCHENCKS, and METTA**

NOW COMES the Plaintiff, Pat Godin, by and through her counsel, and with the consent of all defendants, and pursuant to Fed. R. Civ. P. 41(a)(1)(2), voluntarily moves for dismissal of Defendants Nicely, Schencks, and Metta from this action, with prejudice and without costs, including all claims that were or could have been brought by Plaintiff against them in this action.

Plaintiff has decided that she no longer desires to sue Defendants Nicely, Schencks, and Metta and wants to voluntarily dismiss all claims against them, with prejudice and without costs, in order to avoid any further litigation with them. In exchange, these Defendants have agreed to waive and not seek recovery of their defense costs and attorneys' fees from Plaintiff pursuant to Maine's anti-SLAPP statute, 14 M.R.S.A. §556.

WHEREFORE, with the consent of all parties, Plaintiff voluntarily asks the Court to dismiss Defendants Nicely, Schencks, and Metta from this action with prejudice and without costs.

Dated: March 4, 2011

                                              /s/*Sandra Hylander Collier*
                                              Sandra Hylander Collier, Esq.
                                              Attorney for Plaintiff
                                              121 Main Street
                                              P.O. Box 1391
                                              Ellsworth, ME  04605
                                              207/667-6417

                                              */s/Catherine L. Haynes*
                                              Catherine L. Haynes
                                              Attorney for Plaintiff
                                              PO Box 1213
                                              Ellsworth, Maine 04605
                                              207/667-6225

## **CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of March 2011, I caused the Plaintiff's Consent Motion to Dismiss Defendants Nicely, Schencks, and Metta to be electronically filed with the Court using the CM/ECF system which will send notification of such filing to the following to all counsel of record.

                                              */s/Sandra Hylander Collier*
                                              Sandra Hylander Collier, Esq.